**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       In the Estate of David Ray Angel, Deceased

Appellate case number:    01-22-00428-CV

Trial court case number:   471,700-402

Trial court:              Probate Court No. 3 of Harris County

The record in this appeal was due to be filed on July 25, 2022. *See* TEX. R. APP. P. 35.1(a). The clerk's record was filed on July 13, 2022, but no reporter's record was filed. On July 14, 2022, the official court reporter for the Probate Court at Law No. 3 of Harris County, filed an "Information Sheet by Court Reporters" advising the Court that there is a reporter's record, but that appellant, Lisa Criswell, had not requested that the reporter's record be prepared.

Accordingly, on July 27, 2022, the Clerk of this Court notified appellant that unless she submitted written evidence that a reporter's record was requested, and that appellant paid or made arrangements to pay the fee for the preparation of the reporter's record by August 26, 2022, the Court may require appellant to file her brief and consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant has not responded to the Clerk's July 27, 2022 notice.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3. **Appellant's brief is due to be filed no later than thirty days from the date of this order.** *See* TEX. R. APP. P. 38.6(a), (d).

It is so ORDERED.

Judge's signature: \_\_\_\_/s/ April Farris_____
           ☑ Acting individually    ☐ Acting for the Court

Date: \_\_\_October 25, 2022_____